UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 10751
   PHILIP J LANDRIAULT
   CATHERINE M LANDRIAULT                 CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-6230    SSN XXX-XX-7942
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/30/06 and confirmed on 12/22/06.

2. The case was dismissed after confirmation, 09/28/2007.

3. The Debtor paid a total of $ 9200.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CROWN MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CROWN MORTGAGE | MORTGAGE ARRE | 2792.46 | .00 | 2792.46 |
| FIRST AMERICAN BANK | SECURED | .00 | .00 | .00 |
| FIRST AMERICAN BANK | MORTGAGE ARRE | 6392.00 | .00 | 485.01 |
| BANCO POPULAR | SECURED | 10014.86 | 386.79 | 1857.31 |
| FORD MOTOR CREDIT CO | SECURED | 4559.00 | 261.50 | 1741.72 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3257.47 | .00 | .00 |
| BILLS POOL & SPA INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1567.14 | .00 | .00 |
| SMC | UNSECURED | 1213.36 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3896.13 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 10946.02 | .00 | .00 |
| FIRST CONSUMERS NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| NCM TRUST | UNSECURED | 1436.67 | .00 | .00 |
| RECOVERY MANAGEMENT SYST | UNSECURED | 427.96 | .00 | .00 |
| KOHLS | UNSECURED | 351.19 | .00 | .00 |
| MCI WORLDCOM RES SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NCM TRUST | UNSECURED | 6470.50 | .00 | .00 |
| TALBOTS | UNSECURED | 1033.62 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3057.14 | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| VICTORIAS SECRET | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB | UNSECURED | NOT FILED | .00 | .00 |

```
WFNNB                         UNSECURED     NOT FILED            .00         .00
FORD MOTOR CREDIT CO          UNSECURED      10827.09            .00         .00
SMC                           UNSECURED       2564.09            .00         .00
BANCO POPULAR                 UNSECURED           .00            .00         .00
      Summary of disbursements:
---------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  23758.32         .00     47048.38          .00      70806.70
PRINCIPAL PAID       6876.50         .00          .00          .00       6876.50
INTEREST PAID         648.29         .00          .00          .00        648.29
TOTAL PAID           7524.79         .00          .00          .00       7524.79
```

The Debtor's attorney, RUDDY MILROY & KING            , was allowed $   2500.00
and was paid $   1226.00   direct and $   1274.00   through the plan.

The Trustee received $     401.21 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 12/18/07                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 06 B 10751 PHILIP J LANDRIAULT & CATHERINE M LANDRIAULT